**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RAYMOND A. JOAO, <br><br> Plaintiff, <br><br> v. <br><br> EPIC SYSTEMS CORPORATION, <br><br> Defendant. | Case No. 1:25-cv-00857-JMF |

## NOTICE OF MOTION TO TRANSFER VENUE

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Bryce A. Loken, and accompanying exhibits, and all other papers and proceedings herein, Defendant Epic Systems Corporation, respectfully moves this Court for an Order transferring this case to the United States District Court for the Southern District of Florida pursuant to the first-to-file rule and 28 U.S.C. § 1404(a), and granting such other and further relief as the Court deems just and proper.

QB\94324223.1

Respectfully submitted this 5th day of February, 2025.

/s/ Bryce A. Loken
Kristin Graham Noel (*Pro hac vice*)
Matthew J. Duchemin (*Pro hac vice*)
Bryce A. Loken (*Pro hac vice*)
QUARLES & BRADY LLP
33 East Main Street, Suite 900
Madison, WI 53703
Tel.: (608) 251-5000
kristin.noel@quarles.com
matthew.duchemin@quarles.com
bryce.loken@quarles.com

Mitchell D. Cohen
VEDDERPRICE
1633 Broadway, 31st Floor
New York, NY 10019
Tel.: (212) 407-6980
mcohen@vedderprice.com

*Attorneys for Defendant Epic Systems Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2025, I caused to be electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ Bryce A. Loken
Bryce A. Loken