UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
RAYMOND A. JOAO, :
:
Plaintiff, :
: 25-CV-857 (JMF)
-v- :
: ORDER
EPIC SYSTEMS CORPORATION, :
:
Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    On February 5, 2025, Defendant filed a motion to transfer this case to the United States District Court for the Southern District of Florida. ECF No. 14. Plaintiff's opposition, if any, shall not exceed twenty-five pages and must be filed by **February 19, 2025**. Defendant's reply, if any, shall not exceed ten pages and must be filed by **February 26, 2025**.

    SO ORDERED.

Dated: February 6, 2025    _____
       New York, New York    JESSE M. FURMAN
                                          United States District Judge