UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
RAYMOND A. JOAO, :
:
Plaintiff, :
: 25-CV-857 (JMF)
-v- :
: ORDER
EPIC SYSTEMS CORPORATION, :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    IT IS HEREBY ORDERED that the initial pretrial conference in this case, previously scheduled for March 20, 2025, at 9:00 a.m., *see* ECF No. 6, is ADJOURNED *sine die* pending the Court's resolution of Defendant's motion to transfer venue, *see* ECF No. 14.

    SO ORDERED.

Dated: March 10, 2025  
       New York, New York

                                                JESSE M. FURMAN
                                        United States District Judge